**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Victor Manuel Esparza Rojas,

Petitioner,

v.

Luis Rosa, Jr.,

Respondent.

No. CV-26-03422-PHX-DWL (DMF)

**ORDER**

This is a habeas corpus action under 28 U.S.C. § 2241. (Doc. 1.) On May 19, 2026, Respondents filed a status update indicating that Petitioner was removed from the United States on May 14, 2026 and thus this action is moot. (Doc. 5.) Subsequent mailings to Petitioner have been returned as undeliverable. (Doc. 10.)

Accordingly,

**IT IS ORDERED** that the petition (Doc. 1) and this action are **dismissed as moot**. The Clerk shall enter judgment accordingly and terminate this action.

Dated this 28th day of May, 2026.

Dominic W. Lanza
United States District Judge